# Court of Appeals
# of the State of Georgia

ATLANTA,  December 10, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0049. JACKSON v. GOLDEN VALLEY PARACHUTE, LLC et al.**

Acting pro se, Eric Jackson has filed an emergency motion pursuant to Court of Appeals Rule 40 (b) challenging the trial court's grant of summary judgment in favor of Golden Valley Parachute, LLC and Ladan Pratt in the dispossessory proceedings below. The motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/10/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*